**Order entered August 27, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00612-CV

### CAROL BECKA, Appellant

### V.

### DAVID BECKA, Appellee

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-54420-2008**

## ORDER

Before the Court is the August 23, 2019 request of Kathy Bounds, Official Court Reporter for the 417th Judicial District Court, for an extension to August 26, 2019 to file the reporter's record. As of today's date, the reporter's record has not been filed. Accordingly, we **DENY** the motion as moot.

On the Court's own motion, we **ORDER** Ms. Bounds to file the reporter's record **within ten days** of the date of this order.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE